AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleland, Robert H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 07/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

425 Water St
Port Huron, MI 48060

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trusts |
| 2. | Co-Trustee | Partnership 1 |
| 3. | Member | Board of Directors, Condominium Associations |
| 4. | Member | Investment Club |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   S1 (H) | | | | | | | | | |
| 2.   -3M Corp (Common) | A | Dividend | J | T | Sold (part) | 07/26/17 | J | A | |
| 3. | | | | | Sold (part) | 11/30/17 | J | B | |
| 4.   -Abbvie Inc (Common) | A | Dividend | J | T | Sold (part) | 11/30/17 | J | A | |
| 5.   -Advansix Inc (Common) (X) | | None | J | T | | | | | |
| 6.   -Aetna Inc (Common) | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 7. | | | | | Sold (part) | 07/27/17 | J | A | |
| 8.   -Agilent Tech Inc (Common) | | None | | | Sold | 04/04/17 | K | C | |
| 9.   -Allstate Corp (Common) | C | Dividend | N | T | Buy (add'l) | 02/28/17 | J | | |
| 10. | | | | | Sold (part) | 11/30/17 | J | D | |
| 11.  -Amdocs Ltd (Common) | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 12.  -Ameriprise Financial Inc (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 13. | | | | | Sold (part) | 07/26/17 | J | | |
| 14.  -Ametek Inc (Common) | A | Dividend | K | T | Buy | 04/04/17 | J | | |
| 15.  -Analog Devices Inc (Common) | A | Dividend | J | T | Buy (add'l) | 07/05/17 | J | | |
| 16. | | | | | Sold (part) | 02/01/17 | K | C | |
| 17.  -Andeavor, formerly known as Tesoro (Common) (X) | A | Dividend | J | T | Sold (part) | 11/30/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Apache Corp (Common) | A | Dividend | | | Sold | 05/02/17 | J | | |
| 19. -Avnet Inc (Common) | | None | | | Sold | 02/08/17 | J | | |
| 20. -Bank New York Mellon (Common) | A | Dividend | | | Sold | 02/28/17 | J | B | |
| 21. -Barnes Group Inc (Common) | | None | J | T | Sold (part) | 03/20/17 | J | A | |
| 22. -Becton Dickinson & Co (Common) | A | Dividend | J | T | | | | | |
| 23. -Bed Bath & Beyond Inc (Common) | A | Dividend | | | Sold | 02/01/17 | J | | |
| 24. -Best Buy (Common) | A | Dividend | K | T | | | | | |
| 25. -Big Lots Inc (Common) | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 26. -Boeing Co (Common) | A | Dividend | K | T | | | | | |
| 27. -Brown & Brown Inc (Common) | | None | J | T | | | | | |
| 28. -Brunswick Corp (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 29. | | | | | Sold (part) | 07/27/17 | J | A | |
| 30. -Carlisle Companies Inc (Common) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | B | |
| 31. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 32. -Celanese Corp (Common) | A | Dividend | K | T | | | | | |
| 33. -CenturyLink Inc (Common) | A | Dividend | | | Sold | 01/04/17 | J | | |
| 34. -Cigna Corp (Common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cognizant Technology Solutions Corp (Common) | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 36. -Columbia Sports Wear Co (Common) | A | Dividend | K | T | Buy | 02/08/17 | J | | |
| 37. -Convergys Corp (Common) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 38. -Cooper Cos Inc (Common) | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 39. | | | | | Sold (part) | 11/30/17 | J | B | |
| 40. -Corning Inc (Common) | | None | K | T | | | | | |
| 41. -Cummins, Inc (Common) | A | Dividend | K | T | | | | | |
| 42. -Danaher Corp (Common) | A | Dividend | | | Sold | 04/04/17 | J | C | |
| 43. -Davita Inc (Common) | | None | | | Buy | 04/04/17 | J | | |
| 44. | | | | | Sold | 07/05/17 | J | | |
| 45. -Deere & Co (Common) | A | Dividend | J | T | | | | | |
| 46. -Delta Airlines Inc (Common) | A | Dividend | J | T | Sold (part) | 01/04/17 | K | C | |
| 47. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 48. | | | | | Sold (part) | 11/30/17 | J | A | |
| 49. -Dicks Sporting Goods Inc (Common) | A | Dividend | | | Buy | 07/05/17 | J | | |
| 50. | | | | | Sold | 10/03/17 | J | | |
| 51. -Discover Financial Services (Common) | C | Dividend | M | T | Sold (part) | 07/05/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Discovery Communications Inc (Common) | | None | J | T | | | | | |
| 53. -Dollar General Corp (Common) | A | Dividend | K | T | | | | | |
| 54. -Dollar Tree Stores (Common) | | None | K | T | Buy | 06/06/17 | J | | |
| 55. -Dow Chemical Co (Common) | A | Dividend | | | Merged (with line 56) | 08/31/17 | J | | |
| 56. -DowDupont Inc (Common) (X) | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 57. -DR Horton Inc (Common) | A | Dividend | K | T | | | | | |
| 58. -DTE Energy Co (Common) | D | Dividend | N | T | Sold (part) | 11/30/17 | K | E | |
| 59. -Edison International (Common) | A | Dividend | | | Sold | 02/01/17 | J | B | |
| 60. -Eversource Energy (Common) | A | Dividend | | | Buy | 02/01/17 | J | | |
| 61. | | | | | Sold (part) | 03/20/17 | J | A | |
| 62. | | | | | Sold | 07/05/17 | J | A | |
| 63. -Expeditors International Wash Inc (Common) | A | Dividend | | | Sold | 01/04/17 | K | C | |
| 64. -Express Scripts Holding Co (Common) | A | Dividend | | | Sold | 02/01/17 | J | | |
| 65. -Exxon Mobil Corp (Common) | C | Dividend | L | T | | | | | |
| 66. -Fedex Corp (Common) | | None | | | Sold | 02/01/17 | J | A | |
| 67. -Foot Locker Inc (Common) | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 68. | | | | | Buy (add'l) | 07/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/22/17 | J | | |
| 70. | | | | | Sold | 10/03/17 | J | | |
| 71. -Fortive (Corp) (Common) | A | Dividend | | | Sold | 04/04/17 | J | B | |
| 72. -Franklin Resources Inc (Common) | | None | J | T | Sold (part) | 03/20/17 | J | A | |
| 73. | | | | | Sold (part) | 10/03/17 | J | A | |
| 74. -General Dynamics Corp (Common) | A | Dividend | | | Sold | 04/04/17 | K | D | |
| 75. -Gentex Corp (Common) | | None | J | T | Sold (part) | 07/26/17 | J | | |
| 76. | | | | | Sold | 06/06/17 | J | | |
| 77. -Hasbro Inc (Common) | A | Dividend | K | T | | | | | |
| 78. -Herman Miller Inc (Common) | | None | J | T | | | | | |
| 79. -Home Depot, Inc (Common) | A | Dividend | J | T | | | | | |
| 80. -Honeywell International Inc (Common) | A | Dividend | J | T | Sold (part) | 07/26/17 | J | A | |
| 81. -Humana Inc (Common) | A | Dividend | K | T | | | | | |
| 82. -Illinois Tool Works Inc (Common) | A | Dividend | J | T | | | | | |
| 83. -Imperial Oil Ltd (Common) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 84. | | | | | Sold (part) | 03/20/17 | J | A | |
| 85. -Ingersoll-Rand PLC (Common) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Innospec Inc (Common) | | None | | | Sold (part) | 01/25/17 | J | A | |
| 87. | | | | | Sold (part) | 07/26/17 | J | | |
| 88. | | | | | Sold | 09/22/17 | J | | |
| 89. -Intel Corp (Common) | | None | | | Sold | 01/04/17 | K | C | |
| 90. -Interdigital Inc (Common) | | None | | | Sold | 01/11/17 | J | A | |
| 91. -International Speedway Inc (Common) | | None | J | T | | | | | |
| 92. -Juniper Network Inc (Common) | | None | | | Buy | 09/22/17 | J | | |
| 93. | | | | | Sold | 11/08/17 | J | | |
| 94. -Kadant Inc (Common) | | None | K | T | | | | | |
| 95. -Kohls Inc (Common) | A | Dividend | J | T | | | | | |
| 96. -Laboratory Corp of America Holdings (Common) | | None | K | T | | | | | |
| 97. -La-Z-Boy Inc (Common) | | None | | | Sold | 09/22/17 | J | | |
| 98. -Lam Research Corp (Common) | | None | K | T | Buy (add'l) | 02/01/17 | J | | |
| 99. | | | | | Sold (part) | 03/20/17 | J | A | |
| 100. | | | | | Sold (part) | 11/30/17 | J | B | |
| 101. -Lennar Corp (Common) | A | Dividend | | | Sold | 09/07/17 | J | B | |
| 102. -Lockheed Martin Corp (Common) | A | Dividend | J | T | Sold (part) | 03/20/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Lowes Companies Inc (Common) | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 104. -Magna Internatonal Inc (Common) | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 105. -McKesson Corp (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 106. | | | | | Sold (part) | 03/20/17 | J | | |
| 107. -Microchip Technology Inc (Common) | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 108. -Mohawk Industries Inc (Common) | | None | J | T | Buy | 08/01/17 | J | | |
| 109. -Morgan Stanley (Common) | C | Dividend | N | T | | | | | |
| 110. -NCR Corp (Common) | | None | K | T | | | | | |
| 111. -Nordstrom Inc (Common) | A | Dividend | | | Buy | 02/28/17 | J | | |
| 112. | | | | | Sold | 06/08/17 | J | | |
| 113. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Sold (part) | 03/20/17 | J | A | |
| 114. | | | | | Sold (part) | 11/30/17 | J | A | |
| 115. -Omnicom Group (Common) | A | Dividend | J | T | | | | | |
| 116. -Oshkosh Corp (Common) | | None | K | T | | | | | |
| 117. -Owens Corning Inc (Common) | | None | K | T | | | | | |
| 118. -Pentair PLC (Common) | D | Dividend | N | T | | | | | |
| 119. -People's United Financial Inc (Common) | A | Dividend | | | Buy | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 06/06/17 | J | | |
| 121. -Phillips 66 (Common) | A | Dividend | | | Sold | 02/28/17 | J | A | |
| 122. -Quest Diagnostics Inc (Common) | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 123. -Reinsurance Group of America Inc (Common) | | None | | | Sold | 08/01/17 | J | A | |
| 124. -Reliance Steel & Aluminum Co (Common) | A | Dividend | | | Sold | 09/07/17 | J | C | |
| 125. -Royal Caribbean Cruises Ltd (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 126. | | | | | Sold (part) | 07/26/17 | J | A | |
| 127. -Signature Bank New York (Common) | | None | | | Buy | 07/05/17 | J | | |
| 128. | | | | | Sold | 09/07/17 | J | | |
| 129. -Snap-on Inc (Common) | | None | | | Sold (part) | 07/26/17 | J | | |
| 130. | | | | | Sold | 08/09/17 | J | | |
| 131. -Standard Motor Products Co (Common) | | None | | | Sold | 11/08/17 | J | | |
| 132. -Suntrust Banks Inc (Common) | A | Dividend | | | Sold | 02/01/17 | J | C | |
| 133. -Sysco Corp (Common) | A | Dividend | J | T | | | | | |
| 134. -Tapestry Inc (Common) | A | Dividend | K | T | Buy | 10/03/17 | J | | |
| 135. -Target Corp (Common) | A | Dividend | | | Sold | 05/02/17 | J | | |
| 136. -TE Connectivity Ltd (Common) | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/26/17 | J | B | |
| 138. -Teletech Holdings Inc (Common) | | None | | | Sold | 03/09/17 | J | | |
| 139. -Teradyne Inc (Common) | A | Dividend | K | T | | | | | |
| 140. -Tesoro Corp (Common) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 141. | | | | | Sold (part) | 07/26/17 | J | | |
| 142. | | | | | Merged (with line 17) | 11/09/17 | J | | |
| 143. -Texas Instruments Inc (Common) | A | Dividend | K | T | | | | | |
| 144. -Textron Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 145. | | | | | Sold | 02/28/17 | J | | |
| 146. -Time Warner Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/08/17 | J | | |
| 147. -TJX Co Inc (Common) | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 148. -Toll Brothers Inc (Common) | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 149. | | | | | Sold (part) | 07/27/17 | J | A | |
| 150. -Travelers Cos Inc (Common) | A | Dividend | | | Sold | 04/04/17 | J | A | |
| 151. -Twenty-First Century Fox (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 152. | | | | | Sold (part) | 03/20/17 | J | A | |
| 153. -Tyson Foods Inc (Common) | A | Dividend | J | T | Buy | 10/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -United Technologies Corp (Common) | A | Dividend | K | T | | | | | |
| 155. -Universal Health Services (Common) | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 156. -Unum Group (Common) | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 157. | | | | | Sold (part) | 11/30/17 | J | | |
| 158. -Urban Outfitters, Inc (Common) | | None | | | Sold | 05/02/17 | J | | |
| 159. -Valero Energy Corp (Common) | A | Dividend | J | T | Sold (part) | 03/20/17 | J | | |
| 160. | | | | | Sold (part) | 07/05/17 | J | | |
| 161. -Verizon Communications (Common) | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 162. -Wal-Mart Stores Inc (Common) | A | Dividend | J | T | | | | | |
| 163. -Walgreens Boots Alliance Inc (Common) | A | Dividend | | | Sold | 06/06/17 | J | A | |
| 164. | | | | | Buy | 09/07/17 | J | | |
| 165. -The Walt Disney Co (Common) | | None | | | Sold (part) | 03/20/17 | J | A | |
| 166. | | | | | Sold (part) | 04/12/17 | J | A | |
| 167. | | | | | Sold | 11/08/17 | J | | |
| 168. -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |
| 169. -Western Digital Corp (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 170. | | | | | Sold (part) | 03/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Wex Inc (Common) | | None | | | Buy | 08/01/17 | J | | |
| 172. | | | | | Sold | 10/03/17 | J | A | |
| 173.  -Whirlpool Corp (Common) | A | Dividend | | | Sold | 09/07/17 | J | B | |
| 174.  -Williams Sonoma Inc (Common) | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 175.  -Willis Towers Watson PLC (Common) | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 176. | | | | | Sold | 08/01/17 | J | B | |
| 177.  -WW Grainger Inc (Common) | A | Dividend | | | Sold | 06/06/17 | J | | |
| 178.  -Wyndham Worldwide Corp (Common) | A | Dividend | | | Sold | 01/04/17 | J | B | |
| 179.  S2 (H) | | | | | | | | | |
| 180.  -AQR Small Cap Multi-Style Fund | D | Dividend | L | T | | | | | |
| 181.  -DFA International Small Cap Value Fund | | None | | | Sold | 03/20/17 | K | C | |
| 182.  -DFA US Large Cap Growth Fund | B | Dividend | M | T | | | | | |
| 183.  -DFA US Large Cap Value Fund | D | Dividend | M | T | | | | | |
| 184.  -DFA US Vector Equity Fund | B | Dividend | K | T | | | | | |
| 185.  -Fidelity Government Cash Reserves irsa | | Int./Div. | | T | | | | | |
| 186.  -Goldman Sachs Rising Dividend Fund | | None | | | Sold | 03/20/17 | K | C | |
| 187.  -Hennessy Cornerstone Mid Cap 30 Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Matthews Asian Growth & Income Fund | | None | | | Sold | 03/20/17 | J | A | |
| 189.  -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |
| 190.  IRA 1 (H) | | | | | | | | | |
| 191.  -3M Co (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 192. | | | | | Sold | 04/12/17 | J | A | |
| 193.  -Adobe Systems Inc (Common) | | None | J | T | Buy | 06/06/17 | J | | |
| 194.  -Accenture PLC (Common) | A | Dividend | K | T | Buy | 07/12/17 | J | | |
| 195.  -Adtalem Global Ed Inc (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 196.  -Aetna Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 197.  -Aflac Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 198.  -Allegion Inc (Common) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 199.  -Allstate Corp (Common) | A | Dividend | K | T | Buy | 04/12/17 | J | | |
| 200.  -Altria Group Inc (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 201. | | | | | Sold | 07/12/17 | J | B | |
| 202.  -American Eagle Outfitters Inc (Common) | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 203.  -American Funds New Perspective Fund | | None | | | Sold | 01/06/17 | L | | |
| 204.  -American Tower Corp (Common) | A | Dividend | J | T | Buy | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Anadarko Petroleum Corp (Common) | | None | | | Buy | 07/12/17 | J | | |
| 206. | | | | | Sold | 09/22/17 | J | B | |
| 207. -Analogic Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 208. -Anthem Inc (Common) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 209. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 210. | | | | | Sold (part) | 07/12/17 | J | C | |
| 211. -Apogee Enterprises Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 212. -AQR Small Cap Multi#Style Fund | | None | | | Sold | 01/03/17 | L | E | |
| 213. -Astronics Corp (Common) | | None | | | Buy | 01/05/17 | J | | |
| 214. | | | | | Sold (part) | 07/05/17 | J | | |
| 215. | | | | | Sold | 07/06/17 | J | | |
| 216. -AT&T Inc | A | Dividend | | | Buy | 01/06/17 | J | | |
| 217. | | | | | Sold | 06/14/17 | J | | |
| 218. -Autozone Inc (Common) | | None | | | Buy | 01/06/17 | J | | |
| 219. | | | | | Sold | 06/14/17 | J | | |
| 220. -Avalonbay Comm (Common) | | None | | | Buy | 01/06/17 | J | | |
| 221. | | | | | Sold | 02/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Bard CR Inc (Common) | | None | | | Buy | 01/06/17 | J | | |
| 223. | | | | | Sold | 04/25/17 | J | C | |
| 224.  -Barnes Group Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 225.  -Becton Dickinson & Co (Common) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 226.  -Big Lots Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 227.  -Biogen Inc (Common) | | None | J | T | Buy | 02/01/17 | J | | |
| 228.  -Brady Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 229.  - Cadence Design Systems Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 230. | | | | | Sold | 02/01/17 | J | A | |
| 231.  -Capella Education Co (Common) | A | Dividend | | | Buy | 01/05/17 | J | | |
| 232. | | | | | Sold | 10/30/17 | J | | |
| 233.  -Centene Corp (Common) | | None | J | T | Buy | 08/01/17 | J | | |
| 234.  -Cerner Corp (Common) | | None | | | Buy | 01/04/17 | J | | |
| 235. | | | | | Sold | 02/28/17 | J | A | |
| 236.  -Chemed Corp (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 237.  -Cheesecake Factory Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 238.  -Children's Place Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Chubb Ltd (Common) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 240.  -Church & Dwight Inc (Common) | A | Dividend | | | Buy | 06/14/17 | J | | |
| 241. | | | | | Sold | 12/13/17 | J | | |
| 242.  -Cigna Corp (Common) | A | Dividend | K | T | Buy | 01/06/17 | J | | |
| 243.  -Citigroup Inc (Common) | | None | | | Buy | 01/06/17 | J | | |
| 244. | | | | | Sold | 01/11/17 | J | | |
| 245.  -CME Group Inc (Common) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 246. | | | | | Sold (part) | 01/17/17 | J | | |
| 247.  -CMS Energy Corp (Common) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 248. | | | | | Sold (part) | 01/17/17 | J | A | |
| 249.  -Coherent Inc (Common) | | None | K | T | Buy | 01/05/17 | J | | |
| 250.  -Comcast Corp (Common) | A | Dividend | | | Buy | 05/09/17 | J | | |
| 251. | | | | | Sold | 09/22/17 | J | | |
| 252.  -Consol Energy Inc (Common) | | None | | | Buy | 01/06/17 | J | | |
| 253. | | | | | Sold | 01/11/17 | J | | |
| 254.  -Convergys Corp (Common) | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 255.  -Cooper Tire & Rubber Co (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Costco Wholesalers Corp (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 257. | | | | | Sold | 06/14/17 | J | B | |
| 258. -Crane (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 259. | | | | | Sold | 09/07/17 | J | | |
| 260. -Cubic Corp (Common) | A | Dividend | | | Buy | 01/05/17 | J | | |
| 261. | | | | | Sold | 08/01/17 | J | | |
| 262. -Darden Restaurants (Common) | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 263. -DFA Emerging Mkt Core Equity Fund | | None | | | Sold | 01/05/17 | L | | |
| 264. -DFA International Small Cap Value Fund | | None | | | Sold | 01/03/17 | K | C | |
| 265. -DFA International Value Fund | | None | | | Sold | 01/04/17 | M | E | |
| 266. -DFA US Large Cap Growth Fund | | None | | | Sold | 01/03/17 | K | D | |
| 267. -DFA US Large Cap Value Fund | | None | | | Sold | 01/03/17 | K | C | |
| 268. -DFA US Vector Equity Fund | | None | | | Sold | 01/04/17 | M | D | |
| 269. -Dr Pepper Snapple Group Inc (Common) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 270. -DSW Inc (Common) | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 271. -Dycom Industries Inc (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 272. -Electronic Arts Inc (Common) | | None | | | Buy | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 06/14/17 | J | C | |
| 274. -Edison International (Common) | | None | | | Buy | 09/22/17 | J | | |
| 275. | | | | | Sold | 10/11/17 | J | A | |
| 276. -Endo International PLC (Common) | | None | J | T | Buy | 08/01/17 | J | | |
| 277. -Enersys Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 278. -Esterline Technologies (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 279. -Facebook Inc (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 280. -Fidelity Government Cash Reserves | | Int./Div. | | | | | | | |
| 281. -Fidelity National Information Services (Common) | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 282. -Fiserv Inc (Common) | | None | | | Buy | 06/14/17 | J | | |
| 283. | | | | | Sold | 09/22/17 | J | A | |
| 284. -Ford Motor Company (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 285. | | | | | Sold | 02/01/17 | J | | |
| 286. -F5 Networks Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 287. | | | | | Sold | 05/02/17 | J | | |
| 288. -General Mills Inc (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 289. | | | | | Sold | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Globus Medical Inc (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 291. -Goldman Sachs Rising Dividend Gr Instl Fund | | None | | | Sold | 01/06/17 | K | D | |
| 292. -Harris Corp (Common) | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 293. -Hawaiian Holdings Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 294. -Healthsouth Corp (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 295. -Hibbett Sports Inc (Common) | | None | | | Buy | 01/05/17 | J | | |
| 296. | | | | | Sold | 06/06/17 | J | | |
| 297. -Hodges Small Intrinsic Value Ret Fund | | None | | | Sold | 01/04/17 | L | C | |
| 298. -Home Depot Inc (Common) | A | Dividend | K | T | Buy | 09/22/17 | J | | |
| 299. -Honeywell International Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 300. -Hormel Foods Corp (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 301. | | | | | Sold | 07/12/17 | J | | |
| 302. -HSN Inc (Common) | A | Dividend | | | Buy | 05/03/17 | J | | |
| 303. | | | | | Sold | 07/06/17 | J | A | |
| 304. -Humana Inc (Common) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 305. | | | | | Sold | 01/11/17 | J | | |
| 306. | | | | | Buy | 05/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Huron Consulting Group (Common) | | None | | | Buy | 01/05/17 | J | | |
| 308. | | | | | Sold | 08/01/17 | J | | |
| 309. -Innospec Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 310. -Intercontinental Exchange (Common) | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 311. -Intuit Inc (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 312. -Investors Bancorp Inc (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 313. | | | | | Sold | 08/01/17 | J | | |
| 314. -JPMorgan Intrepid European Inst Fund | | None | | | Sold | 01/03/17 | K | | 43629 |
| 315. -Juniper Network Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 316. | | | | | Sold | 02/28/17 | J | A | |
| 317. -Kaiser Aluminum Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 318. -Laboratory Corp of Amer Hldgs (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 319. -LAM Research Corp (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 320. -Lancaster Colony Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 321. -Lockheed Martin Corp (Common) | A | Dividend | K | T | Buy | 01/06/17 | J | | |
| 322. -Masimo Corp (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 323. -Mastercard Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Matthews Asian Growth & Income Fund | | None | | | Sold | 01/05/17 | K | | 27447 |
| 325. -McDonalds Corp (Common) | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 326. -Medifast Inc (Common) | A | Dividend | | | Buy | 01/05/17 | J | | |
| 327. | | | | | Sold | 05/02/17 | J | A | |
| 328. -Microstrategy Inc (Common) | | None | | | Buy | 01/05/17 | J | | |
| 329. | | | | | Sold (part) | 01/17/17 | J | | |
| 330. | | | | | Sold | 10/03/17 | J | | |
| 331. -MKS Instruments Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 332. -Motorola Solutions Inc (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 333. | | | | | Sold | 05/02/17 | J | A | |
| 334. -Mueller Industries Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 335. -Murphy USA Inc (Common) | | None | J | T | Buy | 10/03/17 | J | | |
| 336. -Netgear Inc (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 337. -Newmont Mining Corp (Common) | A | Dividend | | | Buy | 02/08/17 | J | | |
| 338. | | | | | Sold | 07/12/17 | J | | |
| 339. -Nextera Energy Inc (Common) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 340. -Noble Energy Inc (Common) | A | Dividend | | | Buy | 07/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 09/22/17 | J | | |
| 342.  -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 343.  -O'Reilly Automotive Inc (Common) | | None | | | Buy | 01/11/17 | J | | |
| 344. | | | | | Sold | 08/09/17 | J | | |
| 345.  -People's United Financial Inc (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 346. | | | | | Sold | 06/06/17 | J | | |
| 347.  -Pepsico Inc (Common) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 348.  -Philip Morris Intl Inc (Common) | A | Dividend | | | Buy | 09/22/17 | J | | |
| 349. | | | | | Sold | 10/11/17 | J | A | |
| 350.  -Plantronics Inc (Common) | A | Dividend | | | Buy | 01/05/17 | J | | |
| 351. | | | | | Sold (part) | 01/17/17 | J | | |
| 352. | | | | | Sold | 10/06/17 | J | | |
| 353.  -Priceline Group Inc (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 354.  -Progressive Corp (Common) | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 355.  -Quest Diagnostics Inc (Common) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 356.  -Quintiles IMS Holdings Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 357. | | | | | Sold | 02/28/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Raytheon Co (Common) | A | Dividend | K | T | Buy | 01/06/17 | J | | |
| 359. -Republic Services Inc (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |
| 360. | | | | | Sold (part) | 01/17/17 | J | | |
| 361. | | | | | Sold | 07/12/17 | J | B | |
| 362. -Reinsurance Group of America Inc (Common) | A | Dividend | J | T | Buy | 09/07/17 | J | | |
| 363. | | | | | Sold | 08/01/17 | J | A | |
| 364. | | | | | Buy | 09/07/17 | J | | |
| 365. -Rex American Resources Corp (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 366. -Rogers Corp (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 367. -Roper Technologies (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 368. | | | | | Sold (part) | 01/17/17 | J | | |
| 369. -Ross Stores Inc (Common) | A | Dividend | | | Buy | 02/08/17 | J | | |
| 370. | | | | | Sold | 07/12/17 | J | | |
| 371. -Sanderson Farms Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 372. -Schweitzer-Mauduit International Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 373. -Silicon Laboratories Inc (Common) | | None | J | T | Buy | 01/05/17 | J | | |
| 374. -Simon Property Group (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 02/08/17 | J | | |
| 376. -Sowetan Energy Co (Common) | | None | | | Buy | 01/06/17 | J | | |
| 377. | | | | | Sold | 03/09/17 | J | | |
| 378. -Starbucks Corp (Common) | A | Dividend | | | Buy | 08/09/17 | J | | |
| 379. | | | | | Sold | 10/11/17 | J | A | |
| 380. -Stericycle Inc (Common) | A | Dividend | | | Buy | 07/12/17 | J | | |
| 381. | | | | | Sold | 09/22/17 | J | | |
| 382. -Stryker Corp (Common) | A | Dividend | | | Buy | 01/11/17 | J | | |
| 383. | | | | | Sold (part) | 01/17/17 | J | | |
| 384. | | | | | Sold | 04/12/17 | J | A | |
| 385. -Sturm Ruger & Co Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 386. -Supernus Phrmaceuticals Inc (Common) | | None | J | T | Buy | 10/03/17 | J | | |
| 387. -Synopsis Corp (Common) | | None | | | Buy | 01/04/17 | J | | |
| 388. | | | | | Sold | 02/01/17 | J | A | |
| 389. | | | | | Buy | 05/02/17 | J | | |
| 390. | | | | | Sold | 10/03/17 | J | | |
| 391. -Sysco Corp (Common) | A | Dividend | J | T | Buy | 10/11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -T-Mobile US Inc (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 393. -Tahoe Resources Inc (Common) | | None | J | T | Buy | 08/01/17 | J | | |
| 394. -TE Connectivity Inc (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 395. -Tetra Tech Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 396. -TJX Companies Inc (Common) | | None | | | Buy | 06/14/17 | J | | |
| 397. | | | | | Sold | 08/09/17 | J | | |
| 398. -The Travelers Companies Inc (Common) | A | Dividend | | | Buy | 01/11/17 | J | | |
| 399. | | | | | Sold | 09/22/17 | J | A | |
| 400. -Ubiquiti Networks Inc (Common) | | None | | | Buy | 01/04/17 | J | | |
| 401. | | | | | Sold | 09/18/17 | J | | |
| 402. -Unifirst Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 403. -United Natural Foods (Common) | | None | J | T | Buy | 10/06/17 | J | | |
| 404. -UnitedHealth Group Inc (Common) | A | Dividend | K | T | Buy | 02/28/17 | J | | |
| 405. | | | | | Buy | 03/09/17 | J | | |
| 406. -Universal Forest Products Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 407. -Universal Health Srvcs Inc (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 408. -Varian Medical Systems Inc (Common) | | None | J | T | Buy | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Verizon Communictions Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 410. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 411. | | | | | Sold (part) | 02/08/17 | J | | |
| 412. | | | | | Sold | 02/28/17 | J | | |
| 413. | | | | | Buy | 10/03/17 | J | | |
| 414. -Vitamin Shoppe Inc (Common) | | None | | | Buy | 01/05/17 | J | | |
| 415. | | | | | Sold | 05/02/17 | J | | |
| 416. -Vulcan Materials Co (Common) | A | Dividend | | | Buy | 04/12/17 | J | | |
| 417. | | | | | Sold | 09/22/17 | J | | |
| 418. -Washington Fed Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 419. -Waste Management Inc (Common) | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| 420. -WebMD Health Corp (Common) | | None | | | Buy | 01/04/17 | J | | |
| 421. | | | | | Sold | 07/25/17 | J | B | |
| 422. -Wellcare Health Plans Inc (Common) | | None | J | T | Buy | 02/28/17 | J | | |
| 423. -Wells Fargo Sweep Acct | A | Interest | J | T | | | | | |
| 424. -Werner Enterprises Inc (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 425. -Xcel Energy In (Common) | A | Dividend | | | Buy | 01/06/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 07/12/17 | J | B | |
| 427. -Zoetis Inc (Common) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 428. IRA 2 (H) | | | | | | | | | |
| 429. -Guggenheim S&P 500 Equal Weight ETF | B | Dividend | L | T | | | | | |
| 430. -Wells Fargo Sweep Acct | A | Interest | J | T | | | | | |
| 431. FR 1 (H) | | | | | | | | | |
| 432. -3M Corp (Common) | A | Dividend | K | T | Buy (add'l) | 07/05/17 | K | | |
| 433. -Abbvie Inc (Common) | A | Dividend | K | T | Buy | 03/01/17 | J | | |
| 434. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 435. -Adient Inc (Common) | | None | J | T | | | | | |
| 436. -Adobe Systems Inc (Common) | | None | J | T | Buy | 06/06/17 | J | | |
| 437. -Aetna (Common) | A | Dividend | K | T | Buy (add'l) | 03/06/17 | J | | |
| 438. | | | | | Buy (add'l) | 03/09/17 | K | | |
| 439. | | | | | Sold (part) | 10/09/17 | K | C | |
| 440. | | | | | Sold (part) | 10/11/17 | J | A | |
| 441. -AFLAC Inc (Common) | A | Dividend | K | T | Buy (add'l) | 10/09/17 | J | | |
| 442. | | | | | Buy (add'l) | 10/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 59

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -Agilent Tech Inc (Common) | | None | | | Sold | 04/05/17 | J | B | |
| 444.  -AGNC Investment Corp (Common) | A | Dividend | J | T | | | | | |
| 445.  -Alliant Energy Corp (Common) | A | Dividend | K | T | Sold (part) | 04/04/17 | K | A | |
| 446.  -Allegoin PLC (Common) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 447. | | | | | Sold (part) | 12/11/17 | K | | |
| 448. | | | | | Sold (part) | 12/13/17 | J | | |
| 449.  -Allstate Corp (Common) | A | Dividend | K | T | Buy | 10/05/17 | J | | |
| 450. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 451.  -Altisource Residentiial (Common) | | None | | | Buy | 05/09/17 | J | | |
| 452. | | | | | Sold | 06/14/17 | J | | |
| 453.  -Altria Group Inc (Common) | A | Dividend | K | T | | | | | |
| 454.  -Ametek Inc (Common) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 455. | | | | | | | | | |
| 456.  -Ameriprise Financial Inc (Common) | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 457.  -American Electric Power Inc (Common) | | None | | | Sold | 02/28/17 | J | B | |
| 458.  -American Express Co (Common) | | None | K | T | | | | | |
| 459.  -Analog Devices Inc (Common) | A | Dividend | K | T | Sold | 02/02/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 03/14/17 | J | | |
| 461. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 462. -Analogic Corp (Common) | A | Dividend | J | T | | | | | |
| 463. -Andeavor, formerly known as Tesoro (Common) (X) | A | Dividend | K | T | | | | | |
| 464. | | | | | Buy (add'l) | 04/06/17 | K | | |
| 465. | | | | | Sold (part) | 10/05/17 | J | C | |
| 466. -Anthem Inc (Common) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 467. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 468. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 469. | | | | | Sold (part) | 09/20/17 | K | C | |
| 470. | | | | | Sold (part) | 09/22/17 | J | B | |
| 471. -Aon PLC (Common) | A | Dividend | J | T | | | | | |
| 472. -Apache Corp (Common) | A | Dividend | | | Sold | 05/03/17 | J | | |
| 473. -Apartment Investment & Management Co (Common) | A | Dividend | | | Sold | 01/11/17 | J | B | |
| 474. | | | | | Buy | 09/22/17 | J | | |
| 475. | | | | | Sold | 12/13/17 | J | | |
| 476. -Apogee Enterprises Inc (Common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 59

**Name of Person Reporting**

Cleland, Robert H.

**Date of Report**

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. -Apple Inc (Common) | A | Dividend | L | T | | | | | |
| 478. -Applied Material Inc (Common) | | None | | | Sold (part) | 01/11/17 | J | C | |
| 479. | | | | | Sold | 04/04/17 | K | C | |
| 480. -Arbor Realty Trust Inc (Common) | | None | | | Buy | 08/09/17 | J | | |
| 481. | | | | | Sold | 09/22/17 | J | | |
| 482. -Assurant Inc (Common) | A | Dividend | | | Sold (part) | 06/12/17 | K | B | |
| 483. | | | | | Sold | 06/14/17 | J | A | |
| 484. -Astronics Corp (Common) | | None | | | Buy | 03/09/17 | J | | |
| 485. | | | | | Sold (part) | 07/07/17 | J | A | |
| 486. | | | | | Sold | 07/10/17 | J | | |
| 487. -Autozone, Inc (Common) | | None | | | Sold (part) | 03/06/17 | K | | |
| 488. | | | | | Sold | 03/09/17 | J | | |
| 489. -Bank of New York Mellon Corp (Common) | A | Dividend | | | Sold | 03/01/17 | J | B | |
| 490. -Beckton Dickinson & Co (Common) | A | Dividend | J | T | | | | | |
| 491. -Bed Bath & Beyond Inc (Common) | A | Dividend | | | Sold | 02/02/17 | J | | |
| 492. -Berkshire Hathaway Inc Series B (Common) | | None | K | T | | | | | |
| 493. -Berry Global Group Inc (Common) | | None | J | T | Buy | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 59

**Name of Person Reporting**

Cleland, Robert H.

**Date of Report**

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. -Best Buy Co Inc (Common) | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 495. -Big Lots Inc (Common) | A | Dividend | J | T | | | | | |
| 496. -Biogen Idec Inc (Common) | | None | J | T | Buy (add'l) | 02/01/17 | J | | |
| 497. -Boeing Co (Common) | A | Dividend | J | T | | | | | |
| 498. -Boston Scientific Corp (Common) | | None | K | T | Buy | 04/12/17 | K | | |
| 499. -Brady Corp (Common) | | None | J | T | | | | | |
| 500. -Brunswick Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 501. -CadenceDesign Systems (Common) | | None | | | Sold | 02/01/17 | J | B | |
| 502. -Capella Education Co (Common) | | None | | | Sold | 10/30/17 | J | A | |
| 503. -Cardinal Health Inc (Common) | A | Dividend | | | Sold (part) | 05/08/17 | K | | |
| 504. | | | | | Sold | 05/09/17 | J | | |
| 505. -Carlisle Companies Inc (Common) | A | Dividend | | | Buy | 07/06/17 | J | | |
| 506. | | | | | Sold | 09/22/17 | J | A | |
| 507. -Casey's General Stores Inc (Common) | A | Dividend | | | Sold | 05/03/17 | J | A | |
| 508. -Caterpillar Inc (Common) | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 509. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 510. -CBRE Group Inc (Common) | | None | J | T | Buy | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 11/01/17 | J | | |
| 512. -Celanese Corp (Common) | A | Dividend | J | T | | | | | |
| 513. -Centene Corp (Common) | | None | J | T | Buy | 08/01/17 | J | | |
| 514. -Cerner Corp (Common) | | None | | | Sold | 02/28/17 | J | | |
| 515. -Chemed Corp (Common) | A | Dividend | J | T | | | | | |
| 516. -The Children's Place (Common) | | None | J | T | | | | | |
| 517. -Cincinnati Financial Corp (Common) | | None | | | Sold (part) | 03/06/17 | K | | |
| 518. | | | | | Sold | 03/09/17 | J | | |
| 519. -Cintas Corp (Common) | A | Dividend | K | T | Sold (part) | 07/05/17 | J | C | |
| 520. -Cisco Systems Inc (Common) | | None | K | T | | | | | |
| 521. -Clorox Company (Common) | A | Dividend | K | T | Buy | 06/12/17 | K | | |
| 522. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 523. -CMS Energy Corp (Common) | A | Dividend | K | T | Buy | 06/12/17 | K | | |
| 524. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 525. -Coherent Inc (Common) | | None | J | T | | | | | |
| 526. -Constellation Brands (Common) | A | Dividend | J | T | | | | | |
| 527. -Coresite Reality Corp (Common) | | None | | | Sold | 02/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 59

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Corecivic Inc | A | Dividend | | | Buy | 02/08/17 | J | | |
| 529. | | | | | Sold | 06/14/17 | J | A | |
| 530.  -Costco Wholesale Corp | A | Dividend | | | Buy | 03/06/17 | J | | |
| 531. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 532. | | | | | Sold (part) | 08/07/17 | J | | |
| 533. | | | | | Sold | 08/09/17 | J | | |
| 534.  -Coty Inc | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 535.  -Crane Corp (Common) | A | Dividend | | | Sold | 09/07/17 | J | C | |
| 536.  -Crown Castle International Corp (Common) | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 537.  -Cubesmart (Common) | | None | | | Sold | 03/09/17 | J | | |
| 538.  -Cummins Inc (Common) | A | Dividend | J | T | Buy (add'l) | 02/06/17 | J | | |
| 539. | | | | | Buy (add'l) | 02/08/17 | K | | |
| 540. | | | | | Sold (part) | 04/10/17 | K | A | |
| 541. | | | | | Sold (part) | 04/12/17 | J | | |
| 542. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 543.  -CVS/Caremark Corp (Common) | A | Dividend | | | Sold | 01/04/17 | J | C | |
| 544.  -Danaher Corp (Common) | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 59

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 04/05/17 | J | A | |
| 546. -DCT Industrial Trust Inc (Common) | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 547. -Deere & Co (Common) | A | Dividend | J | T | | | | | |
| 548. -Delta Air Lines Inc (Common) | A | Dividend | J | T | Sold (part) | 01/05/17 | J | B | |
| 549. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 550. -Diamondrock Hospitality Company (Common) | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 551. -Discover Financial (Common) | A | Dividend | | | Sold (part) | 07/05/17 | J | B | |
| 552. | | | | | Sold | 07/06/17 | J | B | |
| 553. -Dollar General Corp (Common) | A | Dividend | K | T | Buy (add'l) | 02/01/17 | K | | |
| 554. -Dollar Tree Stores Inc (Common) | | None | J | T | Buy | 09/22/17 | J | | |
| 555. -Dow Chemical Co (Common) | A | Dividend | | | Buy (add'l) | 03/15/17 | K | | |
| 556. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 557. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 558. | | | | | Merged (with line 559) | 08/31/17 | K | | |
| 559. -DowDupont Inc (Common) (X) | A | Dividend | K | T | | | | | |
| 560. -DR Horton Inc (Common) | A | Dividend | J | T | | | | | |
| 561. -Dr Pepper Snapple Group INC (Common) | A | Dividend | K | T | Buy | 03/06/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 59

Name of Person Reporting

Cleland, Robert H.

Date of Report

07/13/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 563.  -Dycom Industries Inc (Common) | A | Dividend | J | T | | | | | |
| 564.  -Eaton Corp (Common) | A | Dividend | K | T | Buy | 07/10/17 | K | | |
| 565. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 566.  -Edison International (Common) | | None | | | Sold (part) | 02/02/17 | J | B | |
| 567. | | | | | Sold (part) | 02/06/17 | K | C | |
| 568. | | | | | Sold | 02/08/17 | J | B | |
| 569.  -Edwards Lifescience Corp (Common) | | None | J | T | Buy | 10/05/17 | J | | |
| 570.  -Electronic Arts Inc (Common) | | None | K | T | | | | | |
| 571.  -Emerson Electric Co (Common) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 572. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 573.  -Empire State Realty Tr Inc (Common) | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 574.  -Enbridge Inc (Common) (X) | A | Dividend | J | T | Sold (part) | 03/06/17 | K | | |
| 575.  -EPR Properties (Common) | A | Dividend | | | Sold | 06/14/17 | J | | |
| 576. | | | | | | | | | |
| 577.  -Equifax Inc (Common) | A | Dividend | | | Sold (part) | 09/20/17 | J | | |
| 578. | | | | | Sold | 09/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Cleland, Robert H.

Date of Report: 07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Equity Lifestylle Prop (Common) | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 580.  -Expeditors Internatinal of Washington Inc (Common) | | None | | | Sold | 01/05/17 | J | A | |
| 581.  -F5 Networks Inc (Common) | | None | | | Sold | 05/02/17 | J | A | |
| 582.  -Facebook Inc (Common) | | None | J | T | Buy | 01/04/17 | J | | |
| 583.  -FedEx Corp (Common) | A | Dividend | K | T | Buy | 05/08/17 | K | | |
| 584. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 585.  -Fidelity National Information Service (Common) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 586. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 587.  -First Industrial Realty Trust Inc (Common) | | None | | | Sold | 02/08/17 | J | | |
| 588.  -Fleetcor Technologies Inc (Common) | | None | J | T | | | | | |
| 589.  -Foot Locker Inc (Common) | A | Dividend | | | Buy | 07/05/17 | J | | |
| 590. | | | | | Sold | 10/03/17 | J | | |
| 591.  -Fortive Corp (Common) | A | Dividend | J | T | | | | | |
| 592.  -Franklin Resources Inc (Common) | A | Dividend | | | Buy | 02/02/17 | J | | |
| 593. | | | | | Sold | 10/05/17 | J | A | |
| 594.  -Gap Inc (Common) | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 595. | | | | | Buy (add'l) | 11/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Genuine Parts Co (Common) | A | Dividend | K | T | | | | | |
| 597. -Geo Group Inc (Common) | A | Dividend | | | Buy | 02/08/17 | J | | |
| 598. | | | | | Sold | 08/09/17 | J | | |
| 599. -Getty Realty Corp (Common) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 600. -Global MSCI Portugal ETF | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 601. -Globus Medical Inc (Common) | | None | J | T | Buy | 07/06/17 | J | | |
| 602. -Google Inc (Common) | | None | K | T | | | | | |
| 603. -WW Grainger Inc (Common) | A | Dividend | | | Sold | 06/07/17 | J | | |
| 604. -Halliburton Co (Common) | A | Dividend | J | T | Sold (part) | 01/10/17 | K | C | |
| 605. | | | | | Sold (part) | 01/11/17 | J | B | |
| 606. -Harley Davidson Inc (Common) | A | Dividend | | | Sold (part) | 03/15/17 | J | C | |
| 607. | | | | | Sold (part) | 12/05/17 | K | | |
| 608. -Hasbro Inc (Common) | A | Dividend | J | T | | | | | |
| 609. -Hawaiian Holdings Inc (Common) | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 610. -Healthsouth Corp (Common) | A | Dividend | J | T | | | | | |
| 611. -Hibbert Sports, Inc (Common) | | None | | | Sold | 06/07/17 | J | | |
| 612. -Home Depot Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Honeywell International Inc (Common) | A | Dividend | K | T | Buy (add'l) | 09/22/17 | K | | |
| 614. -Humana Inc (Common) | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 615. -Illinois Tool Works Inc (Common) | A | Dividend | K | T | | | | | |
| 616. -Ingersoll-Rand PLC (Common) | A | Dividend | K | T | Sold | 05/05/17 | J | C | |
| 617. | | | | | Buy | 10/05/17 | J | | |
| 618. -Ingredion Incorporated (Common) | | None | K | T | Sold (part) | 04/05/17 | J | | |
| 619. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 620. -Innospec Inc (Common) | A | Dividend | J | T | | | | | |
| 621. -Intel Corp (Common) | A | Dividend | | | Sold | 01/05/17 | J | B | |
| 622. -Intercontinental Exchange Inc (Common) | A | Dividend | | | Sold | 01/04/17 | J | B | |
| 623. -Intuit Inc (Common) | A | Dividend | K | T | Buy | 02/28/17 | J | | |
| 624. | | | | | Buy (add'l) | 03/08/17 | K | | |
| 625. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 626. -Investors Bancorp (Common) | A | Dividend | | | Sold | 08/01/17 | J | A | |
| 627. -iShares MSCI Australia ETF | A | Dividend | J | T | Buy (add'l) | 01/11/17 | J | | |
| 628. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 629. | | | | | Sold (part) | 05/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 631. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 632. | | | | | Sold (part) | 09/22/17 | J | A | |
| 633. | | | | | Sold (part) | 10/11/17 | J | A | |
| 634. | | | | | Sold (part) | 11/16/17 | K | A | |
| 635. | | | | | Sold (part) | 12/13/17 | J | A | |
| 636.  -iShares MSCI Belgium ETF | | None | | | Buy | 07/12/17 | J | | |
| 637. | | | | | Sold | 08/09/17 | J | A | |
| 638.  -iShares MSCI EAFE ETF | A | Dividend | | | Sold (part) | 06/14/17 | J | A | |
| 639. | | | | | Sold | 07/12/17 | K | B | |
| 640.  -iShares MSCI EAFE Value ETF | | None | | | Sold (part) | 01/11/17 | J | A | |
| 641. | | | | | Sold | 02/08/17 | J | A | |
| 642.  -iShares MSCI Emerging Market ETF | B | Dividend | L | T | Buy (add'l) | 04/12/17 | J | | |
| 643.  -iShares MSCI France ETF | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 644. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 645. | | | | | Sold (part) | 07/12/17 | K | C | |
| 646. | | | | | Sold (part) | 10/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  -iShares MSCI Germany ETF | A | Dividend | K | T | Buy | 06/14/17 | K | | |
| 648. | | | | | Sold (part) | 07/12/17 | J | | |
| 649. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 650. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 651.  -iShares MSCI Hong Kong ETF | A | Dividend | J | T | Buy (add'l) | 03/09/17 | J | | |
| 652. | | | | | Sold (part) | 04/12/17 | J | A | |
| 653. | | | | | Sold (part) | 11/16/17 | J | B | |
| 654.  -iShares MSCI Ireland ETF | A | Dividend | | | Buy | 11/16/17 | J | | |
| 655. | | | | | Sold | 12/13/17 | J | A | |
| 656.  -iShares MSCI Italy ETF | A | Dividend | J | T | Buy | 03/09/17 | J | | |
| 657. | | | | | Sold (part) | 11/16/17 | J | A | |
| 658.  -iShares MSCI Italy Capped ETF | A | Dividend | | | Sold | 01/11/17 | K | | |
| 659.  -iShares MSCI Japan EFT | A | Dividend | L | T | Buy | 11/16/17 | L | | |
| 660.  -iShares MSCI Netherlands EFT | A | Dividend | K | T | Buy | 02/08/17 | J | | |
| 661. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 662. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 663. | | | | | Buy (add'l) | 06/14/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Cleland, Robert H.

07/13/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 08/09/17 | K | | |
| 665. | | | | | Sold (part) | 11/16/17 | J | C | |
| 666.   -iShares MSCI New Zealand ETF | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 667. | | | | | Sold (part) | 11/16/17 | J | A | |
| 668.   -iShares MSCI Singapore ETF | A | Dividend | | | Sold | 08/09/17 | J | | |
| 669.   -iShares MSCI Spain Capped ETF | A | Dividend | | | Buy (add'l) | 03/09/17 | J | | |
| 670. | | | | | Sold (part) | 05/09/17 | J | A | |
| 671. | | | | | Sold (part) | 11/16/17 | J | A | |
| 672. | | | | | Sold | 12/13/17 | J | A | |
| 673.   -iShares MSCI Sweden ETF | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 674. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 675. | | | | | Sold (part) | 11/16/17 | J | | |
| 676.   -iShares MSCI Switzerland EFT | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 677. | | | | | Sold (part) | 03/09/17 | K | A | |
| 678. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 679. | | | | | Sold (part) | 09/22/17 | J | A | |
| 680. | | | | | Buy (add'l) | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**        Name of Person Reporting        Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 11/16/17 | K | | |
| 682. -iShares MSCI United Kingdom ETF | A | Dividend | K | T | Buy (add'l) | 03/09/17 | K | | |
| 683. -Johnson & Johnson (Common) | A | Dividend | K | T | | | | | |
| 684. -Johnson Controls Inc (Common) | A | Dividend | | | Sold | 10/31/17 | J | | |
| 685. -Juniper Networks Inc (Common) | A | Dividend | J | T | Sold | 02/28/17 | J | | |
| 686. | | | | | Buy | 12/05/17 | J | | |
| 687. -Kellogg Co (Common) | A | Dividend | K | T | Sold (part) | 10/31/17 | J | | |
| 688. -Kroger Co (Common) | A | Dividend | | | Buy | 04/04/17 | J | | |
| 689. | | | | | Sold | 10/03/17 | J | | |
| 690. -L-3 Communications Holdings (Common) | A | Dividend | | | Sold (part) | 10/09/17 | K | C | |
| 691. | | | | | Sold | 10/11/17 | J | B | |
| 692. -Laboratory Corp of America Holdings (Common) | | None | K | T | | | | | |
| 693. -LAM Research Corp (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 694. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 695. -Lamar Advertising Co (Common) | A | Dividend | | | Sold | 06/14/17 | J | A | |
| 696. -LaSalle Hotel Properties (Common) | A | Dividend | | | Buy | 02/08/17 | J | | |
| 697. | | | | | Sold | 05/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Lear Corp (Common) | A | Dividend | J | T | | | | | |
| 699. -Lennar Corp (Common) | A | Dividend | | | Sold | 09/22/17 | J | A | |
| 700. -Leucadia National Corp (Common) | A | Dividend | | | Sold | 06/12/17 | K | D | |
| 701. | | | | | Sold | 06/14/17 | J | C | |
| 702. -Linear Technology Corp (Common) | A | Dividend | | | Sold | 03/14/17 | K | C | |
| 703. -Lockheed Martin Corp (Common) | A | Dividend | K | T | | | | | |
| 704. -Lowes Companies Inc (Common) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 705. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 706. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 707. | | | | | Sold (part) | 10/05/17 | J | | |
| 708. -Lyondellbasell Industries (Common) | A | Dividend | | | Sold | 06/07/17 | J | | |
| 709. -Mack Cali Realty Corp (Common) | A | Dividend | | | Sold | 08/09/17 | J | | |
| 710. -Marsh & McLennan Companies Inc (Common) | A | Dividend | | | Sold (part) | 04/10/17 | K | D | |
| 711. | | | | | Sold | 04/12/17 | J | C | |
| 712. -Masimo Corp (Common) | | None | J | T | Buy | 10/05/17 | J | | |
| 713. -Mastercard Inc (Common) | | None | J | T | | | | | |
| 714. -McCormick & Co Inc (Common) | A | Dividend | | | Sold (part) | 02/06/17 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

Cleland, Robert H. 07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 02/08/17 | J | B | |
| 716. -McDonalds Corp (Common) | A | Dividend | | | Sold (part) | 02/01/17 | K | | |
| 717. | | | | | Sold | 09/22/17 | J | C | |
| 718. -Medtronics PLC (Common) | A | Dividend | | | Sold (part) | 02/06/17 | K | | |
| 719. | | | | | Sold | 02/08/17 | J | | |
| 720. -Microchip Technology Inc (Common) | A | Dividend | K | T | Buy | 01/10/17 | K | | |
| 721. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 722. | | | | | Buy (add'l) | 05/05/17 | K | | |
| 723. -Microstrategy Inc (Common) | | None | | | Sold | 10/05/17 | J | | |
| 724. -Mid-America Apt Communities REIT Inc (Common) | | None | | | Sold | 02/08/17 | J | A | |
| 725. -MKS Instruments Inc (Common) | A | Dividend | J | T | | | | | |
| 726. -Molson Coors Brewing Co (Common) | A | Dividend | | | Sold (part) | 02/06/17 | K | B | |
| 727. | | | | | Sold | 02/08/17 | J | A | |
| 728. -Motorola Solutions Inc (Common) | A | Dividend | | | Buy | 01/04/17 | J | | |
| 729. | | | | | Sold | 05/02/17 | J | A | |
| 730. -MSC Industrial Inc (Common) | A | Dividend | | | Sold (part) | 01/11/17 | J | C | |
| 731. | | | | | Sold | 02/28/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -NCR Corp (Common) | | None | J | T | | | | | |
| 733. -Natioal Storage Affiliates Tr (Common) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 734. -Netgear Inc (Common) | | None | J | T | | | | | |
| 735. -New Residential Investment Corp (Common) | | None | | | Sold | 07/12/17 | J | | |
| 736. -Nike Inc (Common) | | None | | | Sold | 10/05/17 | J | | |
| 737. -Nordson Corp (Common) | A | Dividend | K | T | Sold (part) | 03/15/17 | J | C | |
| 738. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy (add'l) | 04/06/17 | K | | |
| 739. -Omnicom Group Inc (Common) | A | Dividend | K | T | Buy (add'l) | 03/15/17 | J | | |
| 740. -Oshkosh Corp (Common) | | None | J | T | | | | | |
| 741. -Paccar Inc (Common) | A | Dividend | K | T | Sold (part) | 09/22/17 | J | C | |
| 742. -Packaging Corp of America (Common) | A | Dividend | | | Sold (part) | 05/05/17 | J | D | |
| 743. | | | | | Sold | 06/06/17 | K | C | |
| 744. -Parker-Hannifin Corp (Common) | A | Dividend | K | T | Sold (part) | 04/06/17 | J | C | |
| 745. -Pentair PLC (Common) | A | Dividend | K | T | Sold (part) | 10/12/17 | J | B | |
| 746. -People's United Finance (Common) | | None | | | Sold | 06/06/17 | J | A | |
| 747. -Pepsico Inc (Common) | A | Dividend | K | T | | | | | |
| 748. -PG&E Corp (Common) | A | Dividend | | | Sold (part) | 12/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold | 12/13/17 | J | | |
| 750. -Pinnacle West Capital Corp (Common) | A | Dividend | K | T | | | | | |
| 751. -PNC Financial Services Group (Common) | A | Dividend | K | T | Buy | 09/20/17 | J | | |
| 752. -Priceline Group Inc (Common) | | None | J | T | | | | | |
| 753. -Public Service Enterprise Group Inc (Common) | A | Dividend | J | T | Sold (part) | 02/01/17 | J | | |
| 754. -Qualcomm Inc (Common) | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 755. -Quanta (Common) | | None | K | T | | | | | |
| 756. -Quest Diagnostics Inc (Common) | A | Dividend | K | T | Sold | 06/21/17 | J | C | |
| 757. | | | | | Buy | 08/01/17 | J | | |
| 758. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 759. -Quintiles IMS Holdings Inc (Common) | | None | | | Sold | 02/28/17 | J | A | |
| 760. -Range Resouurces Corp (Common) | A | Dividend | J | T | Buy | 06/17/17 | J | | |
| 761. -Raytheon Co (Common) | A | Dividend | L | T | Buy (add'l) | 01/10/17 | K | | |
| 762. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 763. | | | | | Sold (part) | 08/08/17 | J | C | |
| 764. -Regency Centers Corp (Common) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 765. -Republic Services Inc (Common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Cleland, Robert H.

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Reinsurance Group of America Inc (Common) | | None | J | T | Sold (part) | 08/01/17 | J | C | |
| 767. | | | | | Sold (part) | 08/09/17 | J | A | |
| 768. -Reliance Steel & Aluminum Co (Common) | A | Dividend | | | Sold | 09/22/17 | J | B | |
| 769. -Resmed Inc (Common) | A | Dividend | K | T | Sold (part) | 07/05/17 | J | C | |
| 770. -Rex American Resources Inc (Common) | | None | J | T | | | | | |
| 771. -Rockwell Automation Inc (Common) | A | Dividend | K | T | Sold (part) | 06/21/17 | J | C | |
| 772. -Rogers Corp (Common) | | None | J | T | | | | | |
| 773. -Ross Stores Inc (Common) | A | Dividend | K | T | | | | | |
| 774. -Royal Caribbean Cruises Ltd (Common) | A | Dividend | K | T | Buy | 07/05/17 | J | | |
| 775. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 776. -Salesforce.com (Common) | | None | K | T | Buy | 12/11/17 | K | | |
| 777. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 778. -Sanderson Farms Inc (Common) | A | Dividend | J | T | | | | | |
| 779. -SCANA Corp (Common) | A | Dividend | K | T | Sold (part) | 10/31/17 | J | | |
| 780. | | | | | Sold (part) | 11/01/17 | J | | |
| 781. -Silver Bay Realty Trust (Common) | | None | | | Buy | 04/12/17 | J | | |
| 782. | | | | | Sold | 05/10/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -Skyworks Solutions Inc (Common) | A | Dividend | J | T | | | | | |
| 784. -Spectra Energy Corp (Common) | | None | | | Merged (with line 574) | 02/27/17 | K | | |
| 785. -Stag Industrial Inc (Common) | A | Dividend | | | Sold | 04/12/17 | J | A | |
| 786. -Stanley Black & Decker Inc (Common) | A | Dividend | K | T | Buy | 12/11/17 | K | | |
| 787. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 788. -Starbucks Corp (Common) | A | Dividend | K | T | | | | | |
| 789. -Steris PLC (Common) | A | Dividend | | | Sold (part) | 02/01/17 | K | A | |
| 790. | | | | | Sold | 10/12/17 | J | C | |
| 791. -Stryker Corp (Common) | A | Dividend | K | T | | | | | |
| 792. -Sturm Ruger & Co Inc (Common) | A | Dividend | J | T | | | | | |
| 793. -Summit Hotel Properties (Common) | A | Dividend | | | Buy | 07/12/17 | J | | |
| 794. | | | | | Sold | 09/22/17 | J | | |
| 795. -Sun Commuities Inc (Common) | A | Dividend | | | Buy | 06/14/17 | J | | |
| 796. | | | | | Sold | 09/22/17 | J | | |
| 797. -Sunstone Hotell Investors (Common) | A | Dividend | | | Buy | 06/14/17 | J | | |
| 798. | | | | | Sold | 09/22/17 | J | | |
| 799. -SunTrust Banks Inc (Common) | A | Dividend | | | Sold | 02/02/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Supernus Pharmaceuticals Inc (Common) | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 801. -Synaptics Inc (Common) | | None | | | Buy | 06/07/17 | J | | |
| 802. | | | | | Sold | 10/05/17 | J | | |
| 803. -Synopsys, Inc. (Common) | | None | | | Sold | 02/01/17 | J | C | |
| 804. -Sysco Corp (Common) | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 805. -T-Mobile US Inc (Common) | A | Dividend | J | T | | | | | |
| 806. -Target Corp (Common) | A | Dividend | J | T | Sold | 05/03/17 | J | | |
| 807. | | | | | Buy | 10/03/17 | K | | |
| 808. -TE Connectivity Ltd (Common) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 809. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 810. -Tesoro Corp (Common) | A | Dividend | | | Buy | 01/05/17 | J | | |
| 811. | | | | | Merged (with line 463) | 08/01/17 | | | |
| 812. -Tetra Tech Inc (Common) | A | Dividend | J | T | | | | | |
| 813. -Texas Instruments Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/21/17 | K | | |
| 814. -Thermo Fisher Scientific Inc (Common) | | None | | | Buy | 04/12/17 | J | | |
| 815. | | | | | Sold (part) | 07/10/17 | K | C | |
| 816. | | | | | Sold | 07/12/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Time Warner Inc (Common) | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 818. -Timken Co (Common) | A | Dividend | | | Sold | 04/06/17 | J | C | |
| 819. -TJX Companies Inc (Common)) | A | Dividend | J | T | Sold (part) | 03/06/17 | K | A | |
| 820. | | | | | Sold | 03/09/17 | J | A | |
| 821. | | | | | Buy | 05/03/17 | J | | |
| 822. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 823. -Torchmark Corp (Common) | A | Dividend | K | T | | | | | |
| 824. -The Travelers Companies Inc (Common) | A | Dividend | | | Sold | 04/12/17 | J | B | |
| 825. -T Rowe Price Group Inc (Common) | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 826. -Twenty-First Century (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 827. -Ubiquiti Networks Inc (Common) | A | Dividend | | | Sold | 09/18/17 | J | C | |
| 828. -Ulta Beauty Inc (Common) | A | Dividend | | | Buy | 05/03/17 | J | | |
| 829. | | | | | Sold | 10/05/17 | J | | |
| 830. -UniFirst Corp (Common) | A | Dividend | J | T | | | | | |
| 831. -United Technologies Corp (Common) | A | Dividend | K | T | Buy | 02/01/17 | K | | |
| 832. -UnitedHealth Group Inc (Common) | A | Dividend | L | T | Buy | 02/28/17 | J | | |
| 833. | | | | | Sold (part) | 08/08/17 | J | C | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

Cleland, Robert H.

07/13/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.   -Universal Forest Products, Inc (Common) | | None | J | T | | | | | |
| 835.   -Universal Health Services Inc (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 836. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 837.   -Unum Group (Common) | | None | K | T | | | | | |
| 838.   -Urban Outfitters Inc (Common) | | None | | | Sold | 05/03/17 | J | | |
| 839.   -Valero Energy Corp (Common) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 840. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 841. | | | | | Sold (part) | 07/05/17 | J | A | |
| 842.   -Vaneck Vectors/Israel ETF | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 843.   -Vanguard FTSE European ETF | A | Dividend | J | T | Sold (part) | 07/12/17 | J | A | |
| 844. | | | | | Sold (part) | 10/11/17 | J | A | |
| 845. | | | | | Sold (part) | 11/16/17 | J | A | |
| 846.   -Vanguard Index Fund ETF | A | Dividend | | | Buy | 06/14/17 | J | | |
| 847. | | | | | Sold | 08/09/17 | J | | |
| 848.   -Verizon Communications (Common) | A | Dividend | K | T | Sold | 02/28/17 | J | | |
| 849. | | | | | Buy | 10/03/17 | K | | |
| 850. | | | | | Buy (add'l) | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

    Cleland, Robert H.     07/13/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Versum Materials Inc (Common) | | None | K | T | | | | | |
| 852. -Viacom Inc (Common) | A | Dividend | | | Sold | 10/03/17 | J | | |
| 853. -Vornado Realty Tr (Common) | A | Dividend | | | Sold | 06/14/17 | J | | |
| 854. -Walgreens Boots Alliance, Inc (Common) | A | Dividend | | | Sold | 06/07/17 | J | | |
| 855. -Washington Federal Inc. (Common) | A | Dividend | J | T | | | | | |
| 856. -Waste Management, Inc. (Common) | A | Dividend | K | T | | | | | |
| 857. -WebMD Health Corp (Common) | A | Dividend | | | Sold | 07/25/17 | J | | |
| 858. -Wellcare Health Plans Inc (Common) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 859. -Wells Fargo & Company (Common) | A | Dividend | K | T | | | | | |
| 860. -Wells Fargo Sweep Account | A | Interest | L | T | | | | | |
| 861. -Western Digital Corp (Common) | A | Dividend | K | T | Buy | 02/28/17 | J | | |
| 862. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 863. -Whirlpool Corp (Common) | A | Dividend | | | Sold | 09/22/17 | J | A | |
| 864. -Williams Sonoma Inc (Common) | A | Dividend | L | T | | | | | |
| 865. | | | | | | | | | |
| 866. -Wyndham Worldwide Corp (Common) | A | Dividend | | | Sold | 01/05/17 | J | A | |
| 867. -Zoetis Inc (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.   Brokerage (H) | | | | | | | | | |
| 869.   -Alon USA Partners LP (Common) | A | Dividend | J | T | | | | | |
| 870.   -Andeavor, formerly known as Western Refining Inc (Common) (X) | A | Dividend | J | T | | | | | |
| 871.   -BreitBurn Energy Partners LP Bond | A | Dividend | J | T | | | | | |
| 872.   -BP PLC Sponsored ADR (Common) | B | Dividend | L | T | | | | | |
| 873.   -Calumet Specialty Products LP (Common) | A | Dividend | J | T | | | | | |
| 874.   -CVR Refining LP Com Unit Repstg LTD Partner (Common) | A | Dividend | J | T | | | | | |
| 875.   -Fidelity Cash Reserves Fund | A | Dividend | L | T | | | | | |
| 876.   -Fidelity Municipal Income Fund | A | Dividend | J | T | | | | | |
| 877.   -Kinder Morgan Energy Partners LP (Common) | A | Dividend | J | T | | | | | |
| 878.   -Lincoln National (Common) | B | Dividend | M | T | | | | | |
| 879.   -Nisource (Common) | A | Dividend | J | T | | | | | |
| 880.   -Northstar Realty Finance Corp (Common) | A | Dividend | J | T | | | | | |
| 881.   -Nustar Energy LP (Common) | A | Dividend | J | T | | | | | |
| 882.   -Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 883.   -Sun Communities (Common) | A | Dividend | K | T | | | | | |
| 884.   -Vanguard Natural Res Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 56 of 59 | Cleland, Robert H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Western Refining Inc (Common) | A | Dividend | | | Merged (with line 870) | 08/01/17 | J | | |
| 886. Investment Club (H) | | | | | | | | | |
| 887. -Amicus Therapeutics, Inc. (common) | | None | | | Buy | 01/12/17 | J | | |
| 888. | | | | | Sold | 01/24/17 | J | A | |
| 889. -Apple (Common) | A | Dividend | J | T | | | | | |
| 890. -Costco Wholesale Corp (Common) | A | Dividend | J | T | | | | | |
| 891. -Devon Energy Corp (Common)(Y) | | | | | | | | | |
| 892. -Disney Walt Co (Common) | A | Dividend | J | T | | | | | |
| 893. -DowDupont Inc (Common)(X) | A | Dividend | J | T | | | | | |
| 894. -DuPont De Nemours And Co (Common) | A | Dividend | | | Merged (with line 893) | 08/31/17 | J | | |
| 895. -Facebook Inc (Common) | | None | J | T | | | | | |
| 896. -Fifth Third Bankcorp (Common) | | None | | | Buy | 04/17/17 | J | | |
| 897. | | | | | Sold | 04/25/17 | J | A | |
| 898. -Five Below Inc (Common) | | None | J | T | Buy | 02/24/17 | J | | |
| 899. -JP Morgan Chase & Co (Common) | A | Dividend | J | T | | | | | |
| 900. -Kite Pharma Inc (Common) | | None | | | Sold | 02/02/17 | J | A | |
| 901. -Nvidia Corp (Common) | A | Dividend | J | T | Buy | 10/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 57 of 59

Cleland, Robert H.

07/13/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Omeros Corp (Common) | | None | J | T | | | | | |
| 903. -Procter Gamble Co (Common) | A | Dividend | J | T | | | | | |
| 904. -Royal Dutch Shell PLC (Common) | A | Dividend | | | Sold | 05/18/17 | J | | |
| 905. -XPO Logistics Inc (Common) | | None | J | T | Buy | 10/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line   17 - Andeavor added by merger of Tesoro & Western Refining line 140

Line   55 - Dow Chemical merged with Du Pont De Nemours & changed its name to DowDupont (see line 56) on August 31, 2017

Line   56 - DowDupont added by merger of Dow Chemical & DuPont DeNemours line 55

Line 140 - Tesoro merged with Western Refining Inc & changed it's name to Andeavor (line 17) on August 1, 2017

Line 297 - Hodges Small Intrinsic Value Ret Fund mistakenly listed as full sell in 2016 (line 298) was ony partial

Line 463 - Andeavor Inc added by merger of Western Refining & Tesoro line 810

Line 555 - Dow Chemical merged with Du Pont De Nemours & changed its name to Dow Dupont (see line 559) on August 31, 2017

Line 559 - DowDupont added by merger of Dow Chemical & DuPont DeNemours line 555

Line 574 - Enbridge added by merger of Spectra Energy Corp with Enbridge, Inc line 784

Line 685 - corrected spelling of Juniper

Line 784 - Spectra Energy Corp merged with Enbridge, Inc and began trading by the name Enbridge Inc (line 574) on February 27, 2017

Line 810 - Tesoro merged with Western Refining Inc & changed it's name to Andeavor (line 463 ) on August 1, 2017

Line 870 - Andeavor Inc added by merger of Western Refining & Tesoro line 885

Line 885 - Western Refining Inc merged with Tesoro & changed it's name to Andeavor (line 870) on August 1, 2017

Line 893 - DowDupot added by merger of Dow Chemical & DuPont DeNemours line 894

Line 894 - Du Pont De Nemours And Co merged with Dow Chemical & changed its name to DowDupont (see line 893) on August 31, 2017

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert H. Cleland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544